IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER DISMISSING CITATIONS AND QUASHING WARRANTS** |
| **Plaintiff,** | |
| vs. | **VIOLATION NOS. AND LOCATION CODES:** |
| AARON BOWMAN, | **FBGB00IY, FBGB0020,** |
| DANA BAESE, | **FBGB00IZ** |
| DOMINGO PALAFOX, | **F5362307    F53622408** |
| ERICA LASALL, | **9393026** |
| GORDON BRAAE, | **FAEC004F, FAEC004D** |
| JAMES BORGMANN, | **FAJI0030, FAJI0031** |
| JAZZE GILLES, | **F5226903** |
| JOHN BOOTHMAN, | **F4873153** |
| MICHAEL BEACH, | **F5226904, FCDS000Y** |
| MINDAUGAS AUSTINSKAS, | **F5362306** |
| VANESSA LOVIN, | **9393028,9393027** |
| ELIABETH MORRISON, | **F5163793** |
| RUSSEL DANIELS, | **FAJD004Q, FAJD004S,** |
| | **FAJD004P, FAJD004R** |
| CHARLES CAMPBELL, | **FAJD004M** |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS**

**ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim.

P. 48(a), and the warrants are **QUASHED.**

DATED this ____ day of March, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
101 East Front Street, Suite 401
Missoula, MT 59801
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX:  (406) 542-1476
E-Mail:  Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| UNITED STATES OF AMERICA, | GLOBAL MOTION TO DISMISS CITATIONS AND QUASH WARRANTS |
|---|---|
| **Plaintiff,** | |
| vs. | **VIOLATION NOS.** |
| | **FBGB0040** |
| **AARON BOWMAN,** | **FBGB001Y, FBGB0020, FBGB001Z** |
| **DANA BAESE,** | **F5362307** |
| **DOMINGO PALAFOX,** | **9393026** |
| **ERICA LASALL,** | **FAEC004F, FAEC004D** |
| **GORDON BRAAE,** | **FAJI0030, FAJI0031** |
| **JAMES BORGMANN,** | **F5226903** |
| **JAZZE GILLES,** | **F4873153** |
| **JOHN BOOTHMAN,** | **F5226904, FCDS000Y** |
| **MICHAEL BEACH,** | **F5362306** |
| **MINDAUGAS AUSTINSKAS,** | **9393028, 9393027** |
| **VANESSA LOVIN,** | **F5163793** |
| **ELIABETH MORRISON,** | **FAJD004Q, FAJD004S, FAJD004P,** |
| **RUSSEL DANIELS,** | **FAJD004R** |
| | **FAJD004M** |
| **CHARLES CAMPBELL,** | |
| **Defendants.** | |

The United States, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the court to dismiss the above violation citations pursuant to Fed. R. Crim. P. 48(a), and quash the warrants for arrest.

DATED this 1ST day of March, 2023.

JESSE A. LASLOVICH
United States Attorney


_____*/s/ Jennifer S. Clark*
JENNIFER S. CLARK
Assistant U.S. Attorney

**Central Violations Bureau**
**Magistrate Judge Case Pending Report**
**Site: KALS Magistrate Judge: UNASSIGNED MAGISTRATE JUDGE - XXXX**
01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|----------|------------|--------------|-------------|--------------|--------------|---------------|-----------|-----------|
| F5362408 M5 | 06/05/2020 | PALAFOX, DOMINGO J<br>DISCHARGING A FIREARM WITHIN 150 YARDS OF OCCUPIED AREA | Current:<br>New: - DM ✓   Comments: | | O | 330.00 | 0.00 | 330.00 |

6:18-po-5038

1 Total Citations for site KALS

**Central Violations Bureau**
**Magistrate Judge Case Pending Report**
**Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG**

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FAJD004R M5 6:18-PO-05019-JCL | 07/04/2018 | DANIELS, RUSSELL S MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: -  *Dm* | 09/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| FAJD004S M5 6:18-PO-05019-JCL | 07/04/2018 | DANIELS, RUSSELL S MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: -  *Dm* | 09/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4873155 M8 6:17-PO-05018-JCL | 07/21/2017 | DANIELS, TERRY W MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 09/14/2017 Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB0033 M5 6:18-PO-05063-JCL | 07/23/2018 | DAVIS, JAMES E MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 12/06/2018 Comments: | O | 180.00 | 0.00 | 180.00 |
| FAJD0044 M5 6:17-PO-05020-JCL | 06/11/2017 | DROPPS, JUSTIN V TRAFFIC OFFENSES, OTHER | Current: NW  New: - | 09/14/2017 Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJI002C M8 6:17-PO-05044-JCL | 09/14/2017 | DRY, WILLIAM R TRAFFIC OFFENSES, OTHER | Current: NW  New: - | 12/07/2017 Comments: | O | 95.00 | 0.00 | 95.00 |
| FBGB001H M5 6:17-PO-05008-JCL | 11/30/2016 | DUNCAN, BRANDON D MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 06/08/2017 Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB001I M5 6:17-PO-05008-JCL | 11/30/2016 | DUNCAN, BRANDON D MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 06/08/2017 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4872822 M5 6:19-PO-05003-KLD | 05/18/2018 | ENGLAND, ZACHARY L Operating Motor Vehicle in Violation of Mvum | Current:  New: - | 06/13/2019 Comments: | O | 230.00 | 0.00 | 230.00 |
| F5167595 M5 6:17-PO-05036-JCL | 07/13/2017 | ERVIN, OLAF C Use Campsite More Than Number of Uses Allowed [camping] | Current: NZ  New: - | 09/14/2017 Comments: | O | 105.00 | 50.00 | 55.00 |